Caitlin J. Scott (SBN 310619)
cscott@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff CRAIG BENEDETTI

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG BENEDETTI,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO USA, LLC; VOLVO CARS ORANGE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:8:19−cv−01519−JVS−ADS<br><br>**ORDER ON JOINT STIPULATION REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ORANGE FROM UNITED STATES DISTRICT COURT** |

# **ORDER**

Upon consideration of the Joint Stipulation of Plaintiff CRAIG BENEDETTI and Defendants VOLVO USA, LLC and VOLVO CARS ORANGE COUNTY to allow Plaintiff's action to be Remanded from United States District Court to Superior Court of the State of California for the County of Orange:

**IT IS ORDERED** that:

Plaintiff's action shall be remanded to Superior Court of the State of California for the County of Orange – Hall of Justice.

**IT IS SO ORDERED.**

DATED: September 06, 2019    _____

Hon. James V. Selna
UNITED STATES DISTRICT JUDGE